IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| **LANDON MARTINEZ** | **PLAINTIFF** |
| V. | CIVIL NO. 3:16-CV-289-GHD-RP |
| **CORRECTIONS CORPORATION OF AMERICA, INC.,** *et al.* | **DEFENDANTS** |

## ORDER DISMISSING INDIVIDUAL DEFENDANTS

On October 27, 2017, this Court granted in part the motion to dismiss [43] filed by Defendants Board of Directors for CoreCivic, Inc. (f/k/a Corrections Corporation of America), Fred Figueroa, Sherry Linzy, Ronald Taylor, Shirley Ramiz, Stephanie Gurley, Mary Thomas, Calvin Stewart, Oaneer Delcid, Patricia Smith, Cathy Burnside, Kamala Grant, Kenneth Little, Charita Short, Scott Brady, Brooke Scallion, William Leavy, and Dennis Austin ("the Individual Defendants"). In the order granting the motion in part [57], the Court ordered the Plaintiff to properly serve the Individual Defendants and to file proof of that service by December 24, 2017, or he would face dismissal of his claims against them. The Plaintiff failed to do so.

The Plaintiff subsequently moved for additional time in which to serve the Individual Defendants. That motion was denied. [64]. The Plaintiff has failed to comply with the Court's October 25, 2017 order [57], and pursuant to that order his claims against the Individual Defendants should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's claims against Defendants Board of Directors for CoreCivic, Inc. (f/k/a Corrections Corporation of America), Fred Figueroa, Sherry Linzy, Ronald Taylor, Shirley Ramiz, Stephanie Gurley, Mary Thomas,

1

Calvin Stewart, Oaneer Delcid, Patricia Smith, Cathy Burnside, Kamala Grant, Kenneth Little, Charita Short, Scott Brady, Brooke Scallion, William Leavy, and Dennis Austin are DISMISSED.

SO ORDERED, this, the 6th day of February, 2018.

*[signature]*
SENIOR U.S. DISTRICT JUDGE